MARY ANDRESEN, ADMINISTRATRIX OF THE ESTATE OF DORA WITTE, v. JOHN L. CARSON.

FILED DECEMBER 21, 1897. No. 7652.

Courts: POWER TO CORRECT RECORDS: APPEAL.

ERROR from the district court of Lancaster county. Tried below before HALL, J. *Reversed.*

*Boehmer & Rummons* and *W. E. Stewart,* for plaintiff in error.

*J. H. Broady, contra.*

Ryan, C.

This case involves the identical questions involved in *Andresen v. Lederer,* 53 Neb. 128, and none others, and, accordingly, the judgment of the district court in this case is

Reversed.

Norval, J., dissenting.